ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A.

Plaintiff,

v.

MANCHESTER PARK HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 10841 PEARL RIVER; NEVADA ASSOCIATION SERVICES, INC.,

Defendants.

Case No.: 2:16-cv-01690-RFB-NJK

**STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO SATICOY BAY LLC SERIES 10841 PEARL RIVER'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 55] AND TO REPLY TO SATICOY BAY LLC SERIES 10841 PEARL RIVER'S RESPONSE [ECF NO. 57] TO BANK OF AMERICA, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 51]**

Plaintiff and counter-defendant Bank of America, N.A. (**BANA**), defendant and counter-claimant Saticoy Bay, LLC Series 10841 Pearl River (**Saticoy**), and defendant Manchester Park Homeowners Association submit this stipulation to extend the deadline for BANA to oppose Saticoy's motion for summary judgment (ECF No. 55) and to reply to Saticoy's response (ECF No. 57) to BANA's motion for partial summary (ECF No. 51) for approximately one week to May 24, 2019 and May 29, 2019 respectively.

The current deadline for BANA to oppose Saticoy's motion for summary judgment is May 17, 2019, and to reply to Saticoy's opposition to BANA's motion for partial summary judgment is May 22, 2019. (*See* ECF Nos. 55 and 57.) The continuance is requested because BANA's counsel is currently

drafting briefs in numerous cases and needs additional time to adequately respond to the arguments in the motions. Additionally, further client approval is required prior to filing these briefs.

DATED this 15th day of May 2019.

**AKERMAN LLP**

/s/ *William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*

**LAW OFFICE OF MICHAEL F. BOHN**

/s/ *Michael F. Bohn*
ADAM TRIPPIEDI, ESQ.
Nevada Bar No. 12294
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, NV 89074

*Attorneys for Saticoy Bay LLC Series 10841 Pearl River*

**IT IS SO ORDERED**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of May, 2019.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572