ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>v.<br><br>MANCHESTER PARK HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 10841 PEARL RIVER; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01690-RFB-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO SATICOY BAY LLC SERIES 10841 PEARL RIVER'S MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 68]** |

Plaintiff and counter-defendant Bank of America, N.A. (**BANA**), defendant and counter-claimant Saticoy Bay, LLC Series 10841 Pearl River (**Saticoy**) submit this stipulation to extend the deadline for BANA to oppose Saticoy's motion for reconsideration of order granting plaintiff's motion for summary judgment and order denying defendant's motion for summary judgment (ECF No. 68) for one week to August 5, 2019.

The current deadline for BANA to oppose Saticoy's motion for reconsideration of order granting plaintiff's motion for summary judgment and order denying defendant's motion for summary judgment is July 29, 2019. (*See* ECF No. 68.) The continuance is requested because BANA's counsel

1

49585872;1

is currently drafting briefs in numerous cases and needs additional time to adequately respond to the arguments in the motions. Additionally, further client approval is required prior to filing this brief.

DATED this 29th day of July 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ *William S. Habdas* | /s/ *Karen Hanks* |
| ARIEL E. STERN, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 10593 |
| WILLIAM S. HABDAS, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 13138 | Nevada Bar No. 10580 |
| 1635 Village Center Circle, Suite 200 | KAREN HANKS, ESQ. |
| Las Vegas, NV 89134 | Nevada Bar No. 9578 |
| | 7625 Dean Martin Drive, Suite 110 |
| *Attorneys for Bank of America, N.A.* | Las Vegas, Nevada 89139 |
| | Attorneys for Saticoy Bay LLC Series 10841 Pearl River |

ORDER

**IT IS SO ORDERED.**



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-01690-RFB-NJK

DATED: July 30, 2019